**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

SHAUN C. ALLEN                                                                                                    PLAINTIFF
ADC #158525

V.                                              NO: 4:16CV00484 JM/PSH

USA *et al*                                                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. In his objections, Plaintiff makes new allegations regarding the actions of officials at the ADC. As Judge Harris noted, the incidents underlying Allen's motion for a restraining order are not the same as the incidents alleged in Allen's complaint and amended complaint and, therefore, are not relevant in this case. Plaintiff has also failed to provide any evidence in his objections to support class certification.

After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff Shaun C. Allen's motion for a temporary restraining order (Doc. No. 16), his motion for certification (Doc. No. 21), and his motion to supplement his motion for restraining order (Doc. No. 26) are DENIED.

DATED this 13th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE